UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| ALAN S. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:20-cv-00380 |
| v. | ) ) ) | Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

In accordance with the court's oral opinion entered on the record October 27, 2021:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.


Date: October 27, 2021                             /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge